FILED
VANESSA L. ARMSTRONG, CLERK

MAY 07 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ALLANTE J. STUBBS-HARLSTON**

INDICTMENT

NO. _3:13CR-75-H_

18 U.S.C. § 2261(a)(1)
18 U.S.C. § 1363
18 U.S.C. § 1382

The Grand Jury charges:

## COUNT 1

On or about October 26, 2012, in the Western District of Kentucky, at Fort Knox, Kentucky, within the territorial jurisdiction of the United States, the defendant, **ALLANTE J. STUBBS-HARLSTON**, with the intent to kill, injure, harass, or intimidate N.S., a spouse and intimate partner of said defendant, and, while at Fort Knox, used, attempted to use, and threatened the use of physical force against N.S, a spouse or intimate partner of said defendant.

In violation of Title 18, United States Code, Section 2261(a)(1).

The Grand Jury further charges:

## COUNT 2

On or about January 11, 2013, in the Western District of Kentucky, at Fort Knox, Kentucky, within the territorial jurisdiction of the United States, the defendant, **ALLANTE J. STUBBS-HARLSTON**, with the intent to kill, injure, harass, or intimidate N.S., a spouse or intimate partner of said defendant, and, while at Fort Knox, used, attempted to use, and threatened the use of physical force against N.S, a spouse and intimate partner of said defendant.

In violation of Title 18, United States Code, Section 2261(a)(1).

The Grand Jury further charges:

### COUNT 3

On or about March 19, 2013, in the Western District of Kentucky, at Fort Knox, Kentucky, within the territorial jurisdiction of the United States, the defendant, **ALLANTE J. STUBBS-HARLSTON**, with the intent to kill, injure, harass, or intimidate N.S., a spouse and intimate partner of said defendant, and, while at Fort Knox, used, attempted to use, and threatened the use of physical force against N.S, a spouse and intimate partner of said defendant.

In violation of Title 18, United States Code, Section 2261(a)(1).

The Grand Jury further charges:

### COUNT 4

On or about March 19, 2013, in the Western District of Kentucky, at Fort Knox, Kentucky, a territorial jurisdiction of the United States, the defendant, **ALLANTE J. STUBBS-HARLSTON**, willfully and maliciously did attempt to damage a door.

In violation of Title 18, United States Code, Section 1363.

The Grand Jury further charges:

### COUNT 5

On or about April 12, 2013, in the Western District of Kentucky, at Fort Knox, Kentucky, a territorial jurisdiction of the United States, the defendant, **ALLANTE J. STUBBS-**

2

**HARLSTON**, re-entered Fort Knox, a military installation, after having been removed therefrom or ordered not to re-enter by the Garrison Commander of Fort Knox, an officer or person in command or charge thereof.

In violation of Title 18, United States Code, Section 1382.

A TRUE BILL.

DAVID J. HALE
United States Attorney

DJH:MT: 4/12/2013

3

UNITED STATES OF AMERICA v. **ALLANTE J. STUBBS-HARLSTON**

## P E N A L T I E S

Counts 1-3: NM 5 yrs./$250,000.00/both/NM 3 yrs. Supervised Release (each count)
Count 4: NM 12 mos./$100,000.00/both/NL 6 mos./NM 12 mos. Supervised Release
Count 5: NM 6 mos./$5,000.00/both/NL 30 days

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.     That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.     Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                          Louisville, KY 40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY 42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY 42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY 42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Louisville Division

## THE UNITED STATES OF AMERICA

vs.

ALLANTE J. STUBBS-HARLSTON

## INDICTMENT

**Title 18 U.S.C. §§ 2261(a)(1); 1363; 1382:
Attempt to Use, and Threaten the Use of
Physical Force with Intent to Kill, Injure,
Harass, or Intimidate Within the Jurisdiction of
the United States; Attempt to Damage
Government Property; Re-Entering a Military
Installation After Having Been Removed.**

*A true bill.*

-----------                                        -----

*Filed in open court this* 7th day, *of* May A.D. 2013

                                              .    *Clerk*

*Bail, $*

FILED
VANESSA L. ARMSTRONG, CLERK

MAY 0 7 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY